# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ROBIN EVETTE SHOULDERS,

    Petitioner,

v.                                       CASE NO. 4:09cv44-RH/WCS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 5). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition challenging the judgment of the Western District of Kentucky is DENIED." The clerk must close the file.

SO ORDERED on April 7, 2009.

                                                   s/Robert L. Hinkle
                                                 Chief United States District Judge